[No. 32072-6-I.     Division One.     May 31, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL L. NEIL, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 92-1-00496-1, Michael F. Moynihan, J., entered December 17, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 32880-8-I.     Division One.     May 31, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MARC STEVEN WICKER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-00026-0, Anthony P. Wartnik, J., entered June 2, 1993. *Affirmed* by unpublished per curiam opinion.

[No. 30876-9-I.     Division One.     May 31, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. AHAUCAN DABIR DEGRUY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-8-00117-1, George T. Mattson, J., entered May 21, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 15492-7-II.     Division Two.     May 31, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. RONNIE WAYNE CROFT, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 90-1-00757-0, Barbara D. Johnson, J., entered March 8, 1991. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan, C.J., and Alexander, J.